U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP - 7 2018

TONY R. MOORE, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 18-CR-00160-01 |
| VERSUS | * JUDGE FOOTE |
| YANCY TODD SONNIER | * MAGISTRATE JUDGE HANNA |

## ORDER

Considering the MOTION TO CERTIFY CASE AS COMPLEX, AND TO SET TRIAL BEYOND THE NORMAL PERIODS SET FORTH IN THE SPEEDY TRIAL ACT filed by United States of America, the Court GRANTS the motion for the reasons outlined in the Government's motion, with concurrence by the defense, its incorporated Memorandum in Support, and as set forth below:

The above-captioned matter alleges a multi-year conspiracy to distribute methamphetamine. Due, in part, to the length of the conspiracy, the instant case and investigation involves voluminous electronic and hard copy data, as well as physical evidence, related to multiple incidents alleged to pertain to the defendant's criminal conduct. In addition to the voluminous hard copy materials, there is significant electronic data related to the allegations against the defendant, to include video recordings of the alleged illegal activity of the defendant. Additionally, this matter involves court-authorized wire and electronic interceptions that are alleged to pertain to the defendant and certain other conspirators. It would be difficult and unrealistic

to require a trial on the Indictment within the time-periods required by the Speedy Trial Act. 18 U.S.C. § 3161(h); <u>Zedner v. United States</u>, 547 U.S. 489, 126 S.Ct. 1976, 1983, 164 L.Ed.2d 749 (2006); <u>United States v. Jones</u>, 56 F.3d 581, 583 (5th Cir.1995).

THEREFORE, IT IS ORDERED that the case alleged in the Indictment is classified and is certified as complex pursuant to the provisions of the Speedy Trial Act.

IT IS FURTHER ORDERED that the trial date in this case will be set beyond the 70-day period required by the Speedy Trial Act based on the complexity of the matter and because the ends of justice are best served in doing so as contemplated by 18 U.S.C. § 3161(h)(7)(A) and (B)(ii).

IT IS FURTHER ORDERED that all motions deadlines will be set and begin to run after parties are afforded a reasonable amount of time to review the voluminous discovery and all further delays, including the setting of this matter for trial, are excluded under the Speedy Trial Act. Neither this Court nor the parties under the circumstances outlined in the Government's motion can be expected to prepare effectively for the pretrial and trial proceedings in the time periods as stated in 18 U.S.C. § 3161.

DONE AND SIGNED this __7th__ day of September, 2018, at Lafayette, Louisiana.

PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE

2